UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   13-cr-00287-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATHANIEL LEE TAYLOR,

      Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, October 1, 2013,** and responses to these motions shall be filed by **Monday, October 14, 2013.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, November 4, 2013, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact my Chambers at (303) 844-2170 if a hearing or final trial preparation conference needs to be set.

Dated:  September 5, 2013.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE